# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theresa Mason<br>&<br>Terrance A. Mason<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-14854 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. as Servicer for U.S. Bank National Association, as Trustee for the Conseco Finance Home Loan Grantor Trust 2002-A and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Matteo S. Weiner, Esquire**
        Matteo S. Weiner, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734