# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 17-14854-ELF

THERESA MASON
TERRANCE A MASON
134 E. MINER ST

WEST CHESTER, PA 19382

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

    THERESA MASON
    TERRANCE A MASON
    134 E. MINER ST

    WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

                                                     /S/ William C. Miller
Date: 12/14/2017                               _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee