# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | THERESA MASON, | : | Chapter 13 |
| | TERRANCE A. MASON, | : | |
| | | : | |
| | Debtors | : | Bky. No. 17-14854 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The hearings scheduled on **January 30, 2018,** on confirmation of the Debtors' chapter 13 plan and the Chapter 13 Trustee's Motion to Dismiss Case are **CONTINUED** to **February 27, 2018, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** .

2. Counsel for the Debtor, **Joseph F. Claffey**, **SHALL APPEAR** at the hearing.

Date: **January 30, 2018**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE