United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theresa Mason  
Terrance A. Mason  
    Debtors

Case No. 17-14854-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jan 31, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.  
db/jdb       +Theresa Mason,    Terrance A. Mason,   134 E Miner St,   West Chester, PA 19382-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

        JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et al  
         paeb@fedphe.com  
        JOSEPH F. CLAFFY    on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,  
         claffylaw@aol.com;claffylawecf@gmail.com  
        JOSEPH F. CLAFFY    on behalf of Debtor Theresa  Mason claffylaw@gmail.com,  
         claffylaw@aol.com;claffylawecf@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
         Conseco Finance Home Loan Grantor Trust 2002-A KMcDonald@blankrome.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
         Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association et al  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                   TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   THERESA MASON,            :   Chapter 13
         TERRANCE A. MASON,        :
                                   :
                Debtors            :   Bky. No. 17-14854 ELF

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The hearings scheduled on **January 30, 2018,** on confirmation of the Debtors' chapter 13 plan and the Chapter 13 Trustee's Motion to Dismiss Case are **CONTINUED** to **February 27, 2018, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** .

2. Counsel for the Debtor, **Joseph F. Claffey**, **SHALL APPEAR** at the hearing.

Date: January 30, 2018

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE