UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | THERESA MASON | : | Chapter 13 |
| | TERRANCE MASON, | : | |
| | | : | |
| | Debtor | : | Bky. No. 17-14854 ELF |

## ORDER

AND NOW, after a hearing, and for the reasons stated in court on **February 27, 2018**, it is hereby **ORDERED** that The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before March 13, 2018**.

Date: February 27, 2018

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE