United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theresa Mason  
Terrance A. Mason  
       Debtors

Case No. 17-14854-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db/jdb        +Theresa Mason,    Terrance A. Mason,    134 E Miner St,    West Chester, PA 19382-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

       JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et al  
        paeb@fedphe.com  
       JOSEPH F. CLAFFY    on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,  
        claffylaw@aol.com;claffylawecf@gmail.com  
       JOSEPH F. CLAFFY    on behalf of Debtor Theresa Mason claffylaw@gmail.com,  
        claffylaw@aol.com;claffylawecf@gmail.com  
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
        Conseco Finance Home Loan Grantor Trust 2002-A KMcDonald@blankrome.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
        Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association et al  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    THERESA MASON    :    Chapter 13
         TERRANCE MASON,    :
            :
         Debtor    :    Bky. No. 17-14854 ELF

## O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **February 27, 2018**, it is hereby **ORDERED** that The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before March 13, 2018**.

Date: February 27, 2018

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE