United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theresa Mason  
Terrance A. Mason  
     Debtors

Case No. 17-14854-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 02, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
db/jdb       +Theresa Mason,   Terrance A. Mason,   134 E Miner St,   West Chester, PA 19382-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:

        JEROME B. BLANK   on behalf of Creditor   U.S. Bank Trust National Association et al  
         paeb@fedphe.com  
        JOSEPH F. CLAFFY   on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,  
         claffylaw@aol.com;claffylawecf@gmail.com  
        JOSEPH F. CLAFFY   on behalf of Debtor Theresa  Mason claffylaw@gmail.com,  
         claffylaw@aol.com;claffylawecf@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Trustee for  
         Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association, as Trustee for  
         Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank Trust National Association et al  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Theresa Mason<br>Terrance A. Mason<br>　　　　　　Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A<br>　　　　　　Movant<br>vs. | NO. 17-14854 ELF |
| Theresa Mason<br>Terrance A. Mason<br>　　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　　　Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$2,414.76,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2017 through March 2018 at $604.22/month |
| Suspense Balance: | $2.12 |
| **Total Post-Petition Arrears** | **$2,414.76** |

2. The Debtors shall cure said arrearages in the following manner;

a). Beginning on April 1, 2018 and continuing through March 1, 2019, until the arrearages are cured, Debtors shall pay the present regular monthly payment of **$604.22** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$201.23** towards the arrearages on or before the last day of each month at the address below;

**JPMorgan Chase Bank, N.A.**
**c/o Bankruptcy Department**
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The provisions of this stipulation do not constitute a waiver by the Debtors of their right to file a claim objection and / or adversary proceeding regarding the amount of the claim, interest or other charges claimed pre or post petition.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 26, 2018        By: /s/ Kevin G. McDonald, Esquire
                                Attorney for Movant

Date: March 27, 2018
                                Joseph F. Claffy, Esquire
                                Attorney for Debtors           **NO OBJECTION**

X 3/28/2018
*without prejudice to any
trustee rights or remedies

William C. Miller, Trustee
LeRoy Wm. Etheridge, Attorney
1234 Market St., - Ste #1813
Philadelpha, PA. 19107
215-627-1377

# O R D E R

Approved by the Court this  2nd  day of      April          , 2018. However, the court retains discretion regarding entry of any further order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**