Document    Page 1 of 1


# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    THERESA MASON | : | Chapter 13 |
| TERRANCE MASON, | : | |
| | : | |
| Debtor | : | Bky. No.  17-14854 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **April 10, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before April 24, 2018**.

2. Failure to comply with this order may result in **DISMISSAL** of this case without further notice or hearing.

Date: **April 10, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**