# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Theresa Mason<br>Terrance A. Mason<br>  Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A, its successors and/or assigns<br>  Movant<br>vs. | NO. 17-14854 ELF |
| Theresa Mason<br>Terrance A. Mason<br>  Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>  Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A, which was filed with the Court on or about **September 13, 2017**. Document No.17.

> Respectfully submitted,
>
> **/s/ Kevin G. McDonald, Esquire**
> Kevin G. McDonald, Esquire
> kmcdonald@kmllawgroup.com
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106
> 215-627-1322

June 5, 2018