# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MASON  
TERRANCE A MASON

Chapter 13

Debtor

Bankruptcy No. 17-14854-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 18, 2018**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOSEPH F CLAFFY  
26 SOUTH CHURCH ST  
SUITE 1 SOUTH  
WEST CHESTER, PA 19382

Debtor:  
THERESA MASON  
TERRANCE A MASON  
134 E. MINER ST

WEST CHESTER, PA 19382