United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14854-elf
Theresa Mason                                                         Chapter 13
Terrance A. Mason
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         +Theresa Mason,    Terrance A. Mason,    134 E Miner St,    West Chester, PA 19382-3124
13953523       +Chase Manhattan Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
14023821       +JPMorgan Chase Bank, National Association, et al,    c/o Chase Records Center,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13979198        U.S. Bank Trust National Association, et al,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN, 55121-7700
13953524       +Wells Fargo Bank, NA,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:16:55     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13954442       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:17:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13995179        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2018 02:18:36     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et al
               paeb@fedphe.com
              JOSEPH F. CLAFFY    on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSEPH F. CLAFFY    on behalf of Debtor Theresa  Mason claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association et al
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Conseco Finance Home Loan Grantor Trust 2002-A bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank Trust National Association et al
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MASON  
TERRANCE A MASON

Chapter 13

Debtor

Bankruptcy No. 17-14854-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 18, 2018**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
JOSEPH F CLAFFY  
26 SOUTH CHURCH ST  
SUITE 1 SOUTH  
WEST CHESTER, PA 19382

Debtor:  
THERESA MASON  
TERRANCE A MASON  
134 E. MINER ST

WEST CHESTER, PA 19382